### 2363.   SMITH *v.* THE STATE.

POWELL, J.   1. The evidence authorized the defendant's conviction.

2. The charge was fair and free from material error. Though there was a slight verbal inaccuracy in charging as to reasonable doubt, it was not material, and was corrected by the context.

3. No reason appears for granting a new trial.      *Judgment affirmed.*

Accusation of sale of liquor; from city court of Fitzgerald. December 9, 1909.

Submitted February 21,—Decided March 11, 1910.

*E. S. Fuller, D. E. Griffin,* for plaintiff in error.

*A. J. McDonald, solicitor,* contra.